

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire
Alexandra R. Elias

Jack Weinberg
Albert J. Soler
Of Counsel

July 17, 2018

**VIA ECF**

Hon. Katharine Parker, USMJ
U.S. District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:**   **Lucas Stevens et al. v. GoBuyside, Inc. and Arjun Kapur**
             **SDNY Case No. 18-CV-03481-GBD**

Dear Judge Parker:

      This firm represents Defendants GoBuyside, Inc. ("GoBuyside") and Arjun Kapur ("Defendants") in the referenced matter.

      The parties appeared at a settlement conference before Your Honor on July 17, 2018 and reached an amicable resolution of this matter. Your Honor placed the settlement terms on the record and conducted a Cheeks Hearing. Defendants agreed to draft the settlement agreement within two (2) weeks. The parties have exchanged revisions to the draft settlement agreement and anticipate a final agreement will be reached within the next day or so. The parties need an additional week in order to have the agreement signed by all parties before a notary as requested by Defendants.

      I write to request one (1) additional week, through and including August 7, 2018 to finalize and execute the settlement agreement as well as file the Stipulation of Dismissal with Prejudice.  I do not anticipate any further extensions will be necessary.

                                                Sincerely,

                                                */s Milo Silberstein*

                                                Milo Silberstein

cc:      All counsel of record via ECF