UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUCAS STEVENS, GUSTAVO FERNANDEZ,
CHRISTIAN LONG, SAMUEL MARKLE,
GUNN WOO PARK, and JOSE PADILLA,
Individually and on behalf of other similarly-
Situated individuals,

    Case No. 18-CV-03481-GBD-KHP

                  Plaintiffs,

    **STIPULATION OF DISMISSAL**
    **WITH PREJUDICE PURSUANT**
    **TO FRCP 41(a)(1)(A)(ii)**

-against-

GOBUYSIDE, INC. and ARJUN KAPUR,

                  Defendants.
-----------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for the parties, that the above-captioned case, including all claims and counterclaims, shall be dismissed with prejudice as to all parties and without costs to any party as against any other.

      Facsimile or PDF signatures are deemed to be originals for the purposes of this Stipulation, and this Stipulation may be filed in counterparts all of which taken together shall constitute one instrument.

Dated: New York, New York
       August 6, 2018

CERASIA & DEL REY-CONE LLP

By: *Edward Cerasia II*
    Edward Cerasia II
*Attorneys for Plaintiffs*
150 Broadway, Suite 1517
New York, New York 10038
(646) 525-4231

DEALY SILBERSTEIN
& BRAVERMAN, LLP

By: *Milo Silberstein* /MEB
    Milo Silberstein
*Attorneys for Defendants GoBuyside, Inc.*
*and Arjun Kapur*
225 Broadway Suite 1405
New York, NY 10007
(212) 385-0066

So Ordered: _____
         Judge Katharine Parker, USMJ